```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0086--CR (JWS)
                                 "USA V LARRY ALLEN BEACH"
                              DEF 1.1 BEACH, LARRY ALLEN

                Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  09/21/05
             Closed:  NO
  No. of Defendants:  1
      MJ Case Number:
                 AKA:
     Location status:  U.S. Custody
          Trial date:
          Terminated:  NO
   Needs interpreter:  NO
   Counsel of record:  Mary C. Geddes
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3408
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 BEACH, LARRY ALLEN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:846, 841(b)(1)(B) ATTEMPTED POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A05-0086--CR (JWS)
               "USA V LARRY ALLEN BEACH"

                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 09/21/05
             Closed: NO
No. of Defendants: 1


Document #   Filed      Docket text

NOTE -   1   09/21/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/19/05.

    1 -  1   09/21/05   [Re: DEF 1] PLF 1 Indictment.

    2 -  1   09/21/05   [Re: DEF 1] JDR Grand Jury Minutes re: no bail set; set for arr & notify
                        USM; def in federal custody.

    3 -  1   09/22/05   [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re Arr on Indt (held
                        9/21/05); K. McCoy accepted appt; def plead not guilty to Ct 1 of the
                        Indt; def detained; det hrg set for 9/26/05 at 2:00 p.m.; meet and
                        confer by 9/28/05, ptm's due by 10/6/05; cnsl advised no trial date has
                        been set; cc: USA, FPD, USM, USPO, Judge Sedwick.

    4 -  1   09/22/05   [Re: DEF 1] Financial Affidavit.

    5 -  1   09/22/05   [Re: DEF 1] JDR Order of Detention Pending Hearing set for 9/26/05 at
                        2:00 p.m. cc: USA, FPD, USM, USPO

    6 -  1   09/22/05   [Re: DEF 1] JDR Order regarding preparation for trial re cnsl to meet &
                        confer by 9/28/05; PTM's due 10/6/05. cc: USA, FPD

NOTE -   2   09/23/05   Notation: Proposed Trial Date Setting re: Arr to USDJ.

    7 -  1   09/23/05   DEF 1 Attorney Appearance of Mary Geddes (FPD).

    8 -  1   09/26/05   [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re Detention
                        Hearing (held 9/26/05); detention not contested; Order of Detention
                        Pending Trial filed.  cc:  USA, FPD, USM, USPO

    9 -  1   09/26/05   [Re: DEF 1] JDR Order of Detention Pending Trial.  cc:  USA, FPD, USM,
                        USPO

   10 -  1   09/29/05   [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   11 -  1   10/03/05   DEF 1 motion for bail hearing w/att exhs.

   11 -  2   10/03/05   DEF 1 Notice of lodging w/att exhs.

   12 -  1   10/05/05   [Re: DEF 1] JDR Minute Order granting mot for bail hrg (11-1); bail
                        review hrg set 10/11/05 @ 2:00 p.m.. cc: USA, FPD, USM, USPO

   13 -  1   10/06/05   [Re: DEF 1] JDR Minute Order re bail review hrg set for 10/11/05 at 2:00
                        is RESET for 11:00 a.m. cc: USA, FPD, USM, USPO

   14 -  1   10/06/05   DEF 1 Unopposed motion to extend time until 10/13/05 for filing of
                        pretrial motions w/att aff.

   15 -  1   10/07/05   [Re: DEF 1] JDR Order granting unopposed motion to extend time until
                        10/13/05 for filing of pretrial motions (14-1).  cc: AUSA, FPD
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A05-0086--CR (JWS)
                            "USA V LARRY ALLEN BEACH"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 10/11/05 | [Re: DEF 1] PMP Court Minutes [ECR: Caroline Edmiston] RE: Bail Review Hearing (held 10/11/05); defendant's oral motion to release the defendant to proposed Third Party Custodians with conditions Granted; $10,000.00 Cash or Corporate and to proposed Third Party Custodians; plaintiff's oral motion to be notified within 24 hours of posting of bond Granted; defendant not to be released for 24 hours after notifying Mr. Russo of posting of bond; w/attached exhibit and witness list.  CC: USA, FPD, USM, USPO. |
| 17 - 1 | 10/11/05 | DOC #17 NOT USED. |
| 18 - 1 | 10/11/05 | [Re: DEF 1] Order setting conditions of release; Appearance Bond set at $10,000.00 cash or corporate. CC: USA, FPD, USM, USPO. |
| 19 - 1 | 10/12/05 | [Re: DEF 1] JWS Minute Order setting TBJ on 11/7/05 @ 9:00 a.m. & FPTC on 11/7/05 @ 8:30 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 20 - 1 | 10/12/05 | DEF 1 Unopposed motion to modify conditions of release w/att aff. |
| 21 - 1 | 10/12/05 | DEF 1 motion (request) for scheduling of a change of plea proceeding. |
| 22 - 1 | 10/13/05 | [Re: DEF 1] PMP Order granting unopposed motion to modify conditions of release (20-1); bond set at $10,000. secured by $2,000. cash. cc: USA, FPD, USM, USPO |
| 23 - 1 | 10/13/05 | [Re: DEF 1] Appearance bond set at $10,000. secured by $2,000. cash. |
| 24 - 1 | 10/13/05 | [Re: DEF 1] Copy of Order of Release re def released 10/13/05. cc: USA, FPD, USM, USPO |
| 25 - 1 | 10/13/05 | [Re: DEF 1] JWS Minute Order granting mot (req) for scheduling of a change of plea proceeding (21-1); PCOP set 10/31/05 @ 8:00 a.m.; 11/7/05 FPTC & TBJ vacated. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 26 - 1 | 10/27/05 | DEF 1 motion on shortened time to allow defendant to remand himself 4 days early w/att aff. |
| 27 - 1 | 10/27/05 | VACATED PER ORDER @ DKT 29:  [Re: DEF 1] JWS Order granting mot on shortened time to allow def to remand himself 4 days early (26-1); def is immediately remanded to USM. cc: USA, FPD, USM, USPO |
| 28 - 1 | 10/27/05 | DEF 1 motion on shortened time to modify order for remand w/att aff. |
| 29 - 1 | 10/28/05 | [Re: DEF 1] JWS Minute Order denying mot on shortened time to modify ord for remand (28-1); ord @ dkt 27 vacated & mot @ dkt 26 denied; def to self surrender no later than noon on 10/31/05. cc: USA, FPD, USM, USPO |
| 30 - 1 | 10/31/05 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re PCOP (held 10/31/05): deft changed plea to guilty on ct 1 of Indt; IOS set 1/10/06 at 8:00 a.m.; deft remanded to custody of USM.  cc: USA, FPD, USM, USPO, MJ Roberts |
| 31 - 1 | 10/31/05 | DEF 1 Unopposed motion to exonerate bond w/att aff. |
| 32 - 1 | 11/03/05 | [Re: DEF 1] JWS Order granting unoppo mot to exonerate bond (31-1); $2,000.00 cash deposit exonerated. cc: USA, FPD, USM, USPO, Finance |