Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. A05-0086 CR (JWS) |
| vs. | |
| LARRY ALLEN BEACH, | **MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM** |
| Defendant. | |

      Defendant, LARRY ALLEN BEACH, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for a two-day extension of time, to January 5, 2006, within which to file his sentencing memorandum in this action.

      Counsel will be on leave December 19 through 30, 2005. Due to the New Year holiday, her first day back in the office will be January 3, 2006. Defendant's sentencing memorandum currently is due January 3, 2006.

33

The final Presentence Report in this matter will be issued during the time counsel is on leave. Additionally, counsel should be served with three Ninth Circuit appellate briefs during the time she is out of the office, as well as various pleadings in other matters.

Due to the general press of business we all face upon returning from leave, counsel respectfully requests that the court grant defendant a two-day extension, until January 5, 2006, within which to file his sentencing memorandum in this matter.

DATED this 6th day of December, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

Mary C. Geddes
Assistant Federal Defender

Certification:

I certify that on December 6, 2005, I hand delivered a copy of this document to:

Frank V. Russo, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK 99513-7567

Lenora L. Roehling

Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LARRY ALLEN BEACH,<br><br>                    Defendant. | Case No. A05-0086 CR (JWS)<br><br>**AFFIDAVIT OF COUNSEL** |

STATE OF ALASKA        )
                       ) ss.
THIRD JUDICIAL DISTRICT )

       Mary C. Geddes, being first duly sworn upon oath, deposes and states:

       1.     I am the attorney assigned to represent defendant in the above-captioned case.

///

2.  All the representations contained in the attached motion are true and correct to the best of my knowledge.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Mary C. Geddes

SUBSCRIBED AND SWORN to before me this 6th day of December, 2005.



_____
Notary Public in and for Alaska
My Commission Expires: 3/14/2007