LODGED

DEC 0 6 2005

FILED

DEC 0 8 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

By _____ Deputy

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LARRY ALLEN BEACH,

Defendant.

Case No. A05-0086 CR (JWS)

**ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO FILE SENTENCING MEMORANDUM**

After due consideration of defendant's Motion for Extension of Time to File Sentencing Memorandum, the court GRANTS/~~DENIES~~ the motion. Defendant shall have until January 5, 2006, within which to file his sentencing memorandum in this action.

DATED _December 8_, 2005, in Anchorage, Alaska.

_____
U.S. DISTRICT JUDGE/MAGISTRATE JUDGE

A05-0086--CR (JWS)   12-8-05
--------------------------------------------
M. GEDDES (FPD)
F. RUSSO (USA)

34