# MINUTES OF THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

### *UNITED STATES OF AMERICA*    v.    *LARRY ALLEN BEACH*

THE HONORABLE JOHN W. SEDWICK          CASE NO. A05-86 CR JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**    Date:  January 5, 2006

---

The sentencing hearing in this case is **CONTINUED** to **10:00 AM** on **January 11, 2006.**

———————————