12-12-05

To: The Honorable Judge John W. Sedwick
222 W. 7th Av. #32
Anchorage, AK 99513-7591

From: Raymond J. Holt and Judy A. Holt
P.O. Box 2521
Florence AZ. 85232
Ph# 520-705-0126 or 520-705-2515

I'm writing this letter on behalf of
Larry Allen Beach  Case# A05-0086 CR

I've known Larry from childhood in Payson AZ.,
until now in Alaska. We went to Alaska
to work on the Pipeline 1976 & 1977. I had a
family in Arizona, so when the Pipeline was
finished I came home and started my own
construction business. Larry continued to work
in Alaska. In the winter when work slowed
down in Alaska, he would come to Payson.
Sometimes if I was in a bind I could count on
him to give me a hand. He was always energetic
and intelligent.

In 1992 my business turned bad, so
I decided to go back to Alaska. Larry provided
me with a place to live, and helped me get a
job on the North Slope

LARRY ALWAYS HAD A PLACE FOR ME TO STAY. WHEN MY WIFE CAME, HE WAS ALWAYS A GENTLMAN. AN TREATED HER WITH RESPECT

I WAS AROUND LARRY A LOT DURING THE SUMMERS SOMETIME. I WOULD NOTICE HAD MORE ENERGY THEN USUAL, AND HE HAD MOOD SWINGS. I SUSPECTED HE WAS DOING SOMEKIND OF DRUGS, ALTHOUGH I NEVER SAW HIM. HE NEVER TRIED TO GET ME INVOLVED.

IF HE DID BECOME ADDICTED IT WAS BECAUSE HE WAS GETTING OLDER AND HE THOUGHT HE NEEDED SOMETHING TO KEEP HIS ENERGY GOING. HE ALWAYS HAD A GOOD HIGH PAYING JOB SO, I'M SURE HE WASN'T DEALING FOR MONEY.

BECAUSE OF LARRY'S INTELEGENCE AND WORK ETHICS, IF HE IS ABLE TO PARTICIPATE IN THE DRUG TREATMENT PROGRAMS, I'M SURE HE WILL BE ABLE TO RE-INTER SOCIETY AND MAKE A POSITIVE CONTRIBUTION

RESPECTABLY

Raymond J. Holt
Judy C. Holt