To whom it may concern;

It has come to my attention that Larry Allen Beach has been incarcerated for possession of narcotics and is now awaiting sentencing. It has been some time now since I have seen him as we live in different states and have not been in contact. When I heard of his situation I felt compelled to write a brief letter to express my disbelief that he could find himself in such a situation. This does not even remotely remind me of the person that I knew in the past.

I have known Larry now for over thirty six years. In fact I was the one who brought him to Alaska for the first time back in 1974 to work on the pipeline. We toughed it out and that is when I found out what type of a person he really was. Since he was seventeen he always worked and supported himself, it might not have been the work he was looking for or the wages he would liked to have gotten but it was an honest living and nothing to be ashamed of. He was prideful and self sufficient and what he got he earned honestly without the help of his family or friends.

It has been some time now since I have had contact with him or seen him but I honestly believe if Larry got involved in this crime it wasn't because he is a dealer it is because he has a drug problem and that is what brought this all on. I would bet my bottom dollar he is kicking himself for not confronting his problem sooner but as I have known Larry in the past he will confront his addiction and work toward abstinence and try to lead a law abiding life. This drug has taken otherwise good people and distorted their thinking in ways no other drug I have heard of can do. As you may already know from this short brief I believe Larry can and will again be a productive and law abiding citizen with the help of sobriety and the drug programs provided by the state. Thank you for your time and consideration.

John A. Lawrence

*John A. Lawrence*
12/30/05