12/12/2005 07:22 FAX  ☐002

12-11-05

Judge Sedwick,

This letter is written with a heavy heart. Larry Allen Beach (Case A05-0086) is my brother. I did not know of his addiction to the drug methamphetamine. The Larry Beach I know is a determined, strong, hard working cowboy. He left Arizona some twenty years ago to make his life in the oil fields of Alaska. It was tough for him as a young man getting started up there but he did it. He worked in the road construction industry, likes running a "road scraper" always bragging how good he is at that job. Almost like it was a compitition. He is a very proud person. How and why he allowed drugs in his life I don't know but Judge Sedwick I pleas with you to get Larry into a drug treatment facility to rid this evil demon out of his life and allow him back into living a true and straight life. I truly know that Larry can make it thru this with help. Can he be sent to do any prison time to the facility here in Phoenix? Please. That way