HE WILL BE CLOSER TO FAMILY MEMBERS. MOM, PATTI MILLER, BROTHER, BARRY BEACH AND MYSELF CONNIE HARRINGTON ARE ALL HERE IN ARIZONA. HE WILL NEED US. HIS OTHER SISTER, MELISSA BOONE LIVES IN L.A. CALIF. BUT HAS A HOME HERE IN PHOENIX. WE ARE ALL WILLING AND ABLE TO HELP LARRY GET THRU THIS TERRIBLE TIME IN HIS LIFE.

LARRY IS ASKING FOR HELP, WANTS TO CONFRONT THIS ADDICTION, AND GO BACK TO A REAL LIFE. IT IS IN GOD'S HANDS. PLEASE ALLOW LARRY TO HAVE THE HELP HE IS CRYING FOR AND A MINIMUM SENTANCE.

CONNIE HARRINGTON
711 N. EVERGREEN #3054
MESA, ARIZONA 85201
480 229-8155 CELL
602 797-5028 WORK

I WORK AT AFFILIATED COMPUTER SERVICES NOW 5½ YEARS IN THE FACILITIES DEPT 1225 W. WASHINGTON ST TEMPE, AZ 85281 I AM WIDOWED, 2 YRS AGO MY HUSBAND PASSED OF CANCER. WE RAN OUR OWN