Business Phoenix Poultry & Egg Co for 25 years.
We (Beach Family) are an Arizona Pioneer family

Thank you for your time

Connie Harrington