Case Number- A05-0086 CR

Judge John W. Sedwick,

    We met Larry A. Beach in 1994. Richard was working with him and they became friends. Larry is a very good blade operator and has a good work ethic. He has a big heart and helps his friends when they are in need. For these reasons we think that Larry would benefit greatly from a drug treatment program. We believe if Larry gets help for his addiction, he can overcome it. We will encourage Larry to live a drug free life and help him as much as we can. We believe that the minimum 5-year sentence will be an adequate sentence to deter Larry from using drugs again.

                Sincerely,

          Richard and Teri Hone
         Years in Alaska: 11 Years
            P.O. Box 876262
         Wasilla, Alaska 99654
           (907)-376-4371