Case Number- A05-0086 CR

Judge John W. Sedwick,

    Larry Allen Beach is a good friend of mine. I've known him a long time. He's a man of his word and he makes a good hand at just about any job he has ever worked at. He's the first one to step up to the plate when a kid has a fund-raiser going on. He has a good heart and he means well. Larry has also rented a room from me at the one time. He was always the first one to pay rent and on time. He is also the first one to give a person a hand when they need it.

    This was all before Larry got into his drug problem and some before. He means well and I think that with a little help he can be more good for society than a burden. This is not the kind of man that is good to anybody in jail. The community is better off having him in the workforce than in jail. He just needs to get a little help and get on the right track.

Sincerely,
Ronald W. Hone
Years in Alaska: 22 Years
Known Larry Allen Beach: About 20 Years
3800 Ruth Drive
Wasilla, Alaska 99654
Occupation: Mechanic
(907)355-1599