December 8, 2005

Dear Judge Sedwick,

I'm writing you on behalf of my brother Larry Allen Beach, case # A05-0086CR. My name is Melissa Boone I am Larry's younger sister. Larry is a very important part of my life. He was the Dad I never knew. I understand what he has done and I also understand how and why. My brother is a proud man and a very hard worker. He isn't much for failure, this I've seen all my life. He grew up with an alcoholic, abusive father and a very young mother. His Dad use to hold my Mom down and threaten to cut her tongue out of her mouth. (Just to give you an idea). He didn't have much of a role model if you know what I mean. I only got to meet their Dad a few times and just looking at him scared me. So from the stories I've heard they had a real bad childhood. I know my brother has been toying with drugs since he was very young. I think it was a way for him to deal with things. I'm 41 years old now and see that our whole family has very addictive personalities. Just in different ways we have alcoholics very bad and have had drug users. My Mom has always said she hates to take pain pills the doctor might give her after a surgery. Just because she knows they can be addictive. And we all have an addictive tendency. My Grandfather was an alcoholic his Uncles and Cousins etc. always into something. He is 49 and has worked since he was 15 non-stop. He left Payson, AZ to go work on the slopes at about 18 years old. And for the most part been there ever since. But any time I needed a brother or help for any reason he was there. When my daughter was born he couldn't stand to be away from her. He is a great Uncle. When our Grandparents were alive he made sure to come and see them when he was home. He was engaged once and even wanted our Granddad to be his best man. He never forgets his Mom's birthday or Mothers Day. My point being my brother has always had a good connection with his family. And he is a very important asset to us.

Larry has suffered from depression from time to time. He is a very giving man and longed for a life partner and a family of his own which he has none. He loves children so much and would of made a fantastic father had he'd been given the opportunity. Larry has been and still can be a very focused person. We have spent time at rodeos, dance's (which isn't a pretty site) snow machining, hunting, fishing and lot's more. He isn't a stay at home kind of guy unless he and his bud's are watching Jerry Springer like a couple of old ladies. Larry is also a very emotional person one of the only men that I've met who isn't afraid to cry. And man can he come up with some funny stuff he makes my Mom crack up every time she talks to him.

I can also tell an you can verify this with one he has ever worked for, he is the hardest working man around. We worry about him because he doesn't know when to quit. At

TOTAL P.03

times in the winter when he lived with me and worked in Arizona. I couldn't believe the hours he kept. And the work is as close to perfect as you can get. He always been in some sort of construction and is very talented. He started landscaping years ago and has done some very beautiful things. He is very smart.

So, maybe a year and a half or so ago he came up with the idea of opening a restaurant in Wasilla. Our family back round is Mexican. And we all cook it very well epically Larry. Well after not being able to find decent employees and being ripped of including his dog. He had to close it because during the same time as all this he had also started a landscaping business. And in the winter snow plowing. And that's when I think he had to keep going. As far as I know about the drug he was using that's what it does it keeps you going. You see as I said before my brother doesn't like to fail or look like a failure to his family and friends. And I know the amount we are talking about here and I know that my brother would no more share or sale any of it. He needed it all to keep going. Larry is not a drug dealer yes, he has always been some kind of user but never sold any drugs. When he makes his mind up he sticks to it and I believe with your help putting him in a drug rehab will not benefit just for the time being I know he wants it to work for life. I know he wants to better himself. And maybe still have some hope at a family of his own. Our whole family will stand by him one hundred percent. We will help and encourage him to stay clean. Larry does learn from his mistakes and will always be a survivor. He just lost track by trying to hard to do too much at one time. I know he will do better with a rehab program and longer probation then he would in prison. I worry about the depression more than anything. He is a go getter and can beat this addiction with all our help and support. Larry isn't a violent person and did not harm anyone other than himself.

The only real crime my brother committed was the crime of shame and embarrassment to his friends and family. Those drugs were not for the intent to sell he needed them to keep being superman. So therefore the bare minimum prison sentence will work for him. He needs more help getting his self esteem back and respect for himself. I know there are good programs out there that will help him. So if you can find it in your heart to send him in the right direction he will respond.

I hope you learned a little about Larry and take time to read all his letters to you.

Thank You for your time.

Melissa Boone

*Melissa Boone*

628 W. Imperial Ave. Unit 107
El Segundo, CA 90245
310-322-5016 or 310-621-4946