January 5, 2005

Attention: Judge Sedwick

Re:  Larry Beach
     Sentencing – January 10, 2006

Your Honor,

Larry Beach worked for me in Prudhoe Bay in the late 80's and early 90's. We moved drilling rigs from one location to another. I always had Larry on a prime mover because he was focused, had a good eye for distance, did what he was told and had the patience to be safe while still getting the job done in a timely manner. No one had to come in to fix mistakes or make repairs to equipment that he had torn up. He was a reliable worker who never slacked off.

Larry was also an exceptional heavy equipment operator. He operated cats, graders, and cranes. He was the last guy you wanted at the end of a job because whatever he was doing was a cut above other operators. When he was done with a job, the job was done.

I knew he smoked a little marijuana when he was on R&R, but he passed drug tests when he was at work in Prudhoe. I haven't seen him for several years and was very saddened to hear that he has succumbed to drugs. I've been told that most drug users, if not doing voluntary rehab, will end up selling drugs to support their habit. I truly believe that is what he was doing.

Larry's mother was very special to him. He spoke of her often with sincere pride and admiration. Every Christmas she would send him a box of homemade tamales from Arizona and he would come down to my room and share them with me and anyone else who was around. It's a rare person who will share home cooking in Prudhoe.

Larry was always single when I knew him and hard to keep track of through the years. Every so often I'd give his mom a ring and in a few days he would call and fill me in on whatever he was doing, who he was working for, etc. The companies he worked for were lucky. His talent and ability with heavy equipment was just superb. A great hand to have on any job.

Larry is a dear friend. What lead him down the path he took is anybody's guess. A person goes through life remembering very few people from years gone by, but Larry you never forget. He is a person apart from anyone I have ever known. He is well worth going through rehab. I would rehire him in a minute.

Sincerely,

*Dennis Amsbaugh*

Dennis Amsbaugh
701-572-5543
P.O. Box 2038
Williston, ND  58802