*Carol Espalin*
3131 W Cochise Ave
Unit 201
Phoenix, AZ 85051
Phone 623-680-3807

January 5, 2006

Dear Judge Sedwick,

Writing to you on account of Larry Allen Beach case # A05-0086CR. My name is Carol Espalin. And I have not been in Larry's past but have been around since 1993. Larry lived with his sister and his niece and they are neighbors of mine. I must say my first impression of him was that he was nuts. He will say anything to anybody it's a talent not everyone has. To meet someone for the first time and to instantly become friends is nice to find. Larry is a loving and kind man who got mixed up late in life. Always out looking for the right one. Came close a few times but never worked out. He's been very lonely and looking for the woman of his dreams. Someone to love and take care of. Maybe start a family with he needed that in his life. Now I think he has hit bottom. And I'm sure he understands what he did wrong. And will be completely willing to fix himself and get back to his normal self. It will take us all to help him and we can do it.

As long as he lived next to me he worked hard as a landscaper and equipment operator. He took care of his sister and niece helped them around their home. Always the one to pitch right in. His niece's dog got out and ran over by a car one night. He was the one to calm them down and make it right. He took the and buried it and said a few words like it was a real family member. Comforted his niece Tiffany and told her she would be alright. Very good Uncle.

Please go easy on Larry we want him to get out there an come home where we can help. The minimum sentence will be sufficient. He was not thinking when they got into this mess but I bet he's thinking now. I believe he doe's learn from his mistakes. All I know about the drugs is that once in awhile he smoked marijuana but nobody ever knew when he did it. He never did it in front of me. We have faith in Larry. And I'm praying every night to God to come and help him.

*Larry's new drug problem he didn't do on his own someone had to get him involved. He would never sell drugs to anyone. I know he probably wont say who got this started. Because he's not that kind of guy. But I assure he had help and they got him addicted to this drug. And now he may take the fall for other people.*

*We need to see him in a drug rehab and to get out of Alaska so that he can live the rest of a life he deserves. As far as this 5 year sentence more than enough too much even. He is a smart guy drug rehab a good one with probation. It's his first offense please give him a break. He will remember the favor and respect it also. The man does have class. And can admit when he is wrong. And is willing to make it right.*

*Sincerely,*

*Carol Espalin*