Dear Judge Sedwick,

Writing in behalf on Larry Allen Beach case # A05-0086 CR. My name is Warren Boone I'm his brother in law of ten years. It is a true shame that this incident has happened. Not only for Larry but his family I wish we could have known so we could of intervened and stopped it. Larry has very good common sense and is very good at all he does. I can't imagine how down he must of gotten at that time of his life to do these very addictive and serious drugs. He was recently in a bad divorce I guess it affected him more then we all thought.

I do want the courts to know that Larry is a man who learns from his errors. And try's to correct them .I'm a general contractor and have discussed work on several occasions with Larry and I wouldn't hesitate putting him to work right now. I believe he has great personal ethics as well as work ethics. He loves to be outdoors fishing, hunting, rodeo's etc. I think a long incarceration for Larry will be life threatening he is 49 years old. And at this point I'm sure very unhealthy and depressed. He is also a very proud person who likes to hold his head up high.

We as a family will do whatever it takes to help lead him in the right direction. If the court can find it in their heart to give the minimum sentencing and the maximum drug rehab it will probably save his life. Again at his age I can't imagine how he would start over with a felony etc. on his record now.

From what we understand he has already lost some very good friends when he started this stuff. And those friends will be in court with him standing behind him all the way. Not only do they feel bad they couldn't or didn't try to stop him. But they want him back in their family's lives as the old Larry they knew. So that shows he is truly a good man. People miss the old Larry and we all want him back.

Basically what we all are trying to tell you is he has a lot of potential. And with the correct treatment he will be just fine. I have faith along with the rest of his family but I'm sure he has the same faith. So with hope of a very short jail time and more rehab he might be able to hold his head up again.

The faster Larry can get back to his landscaping business the better he will be ,Work is what drives this man and needs it. Between snowplowing in the winter and landscaping he makes a very good living. He is a simple kind of guy who just got off the track somehow.

So please go easy on my brother in law not only will it save him but also his family. We all have our own issues to get through but we as a family have put all those aside right now to try and help Larry and his mom she is taking this the hardest.

Sincerely,

Warren Boone
310-227-6687