Mary C. Geddes
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
550 West Seventh Avenue, Suite 1600
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>LARRY ALLEN BEACH,<br><br>    Defendant. | Case No. A05-0086 CR (JWS)<br><br>**MOTION FOR AN EVIDENTIARY HEARING AT THE TIME OF SENTENCING**<br>*Filed on Shortened Time* |

  Defendant, LARRY ALLEN BEACH, by and through counsel Mary C. Geddes, Assistant Federal Defender, moves this court for an evidentiary hearing at the time of sentencing. If the hearing is in fact needed, counsel represents it would be very short in duration.

  The undersigned has received messages from family members and friends, some who apparently are traveling long distances from out-of-state, who wish to testify on Mr. Beach's behalf. To the extent any of the factual premises put forth in this memorandum are disputed, an evidentiary hearing may be required featuring either testimony from Mr. Beach or from family members.

DATED this 6th day of January, 2005.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Mary C. Geddes
Assistant Federal Defender
Alaska Bar No. 8511157
550 West 7th Avenue, Suite 1600
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mary_geddes@fd.org

Certification:

I certify that on May 5, 2006, a copy of the
foregoing *, with attachments, was
served electronically on:

Frank V. Russo, Esq.

/s/ Mary C. Geddes