UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. A05-0086 CR (JWS) |
| Plaintiff, | |
| vs. | **PROPOSED ORDER GRANTING** |
| LARRY ALLEN BEACH, | **EVIDENTIARY HEARING AT** |
| Defendant. | **TIME OF SENTENCING** |

After due consideration of defendant's Motion for An Evidentiary Hearing, the court

GRANTS/DENIES the motion.

DATED _____, 2006, in Anchorage, Alaska.

_____

JOHN W. SEDWICK
U.S. DISTRICT COURT JUDGE