MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *LARRY ALLEN BEACH*

THE HONORABLE JOHN W. SEDWICK           CASE NO. A05-86 CR JWS

PROCEEDINGS:   **ORDER FROM CHAMBERS**   Date: January 6, 2006

   The request for an evidentiary hearing at docket 43 is **GRANTED** as follows: To the extent that the United States won't accept an offer of proof from defendant, defendant may call witnesses at the sentencing hearing.